IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BREIANA DAILEY, Individually and as Parent and Natural Guardians of Minor, Samir Dailey,**<br>    **Plaintiff,**<br><br>            **v.**<br><br>**EXCELSIOR SCHOOL,**<br>            **Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO.  20-2611** |

## O R D E R

**AND NOW**, this 2nd day of November, 2020, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

**IT IS FURTHER ORDERED** that the Court **RETAINS** jurisdiction over the case for ninety (90) days for the purpose of enforcing the settlement.

By reason of the settlement and dismissal of this action, **IT IS FURTHER ORDERED** that Motion to Dismiss Complaint (Document No. 6, filed September 17, 2020) is **DENIED AS MOOT**.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois
_____
    DuBOIS, JAN E., J.